**UNITED STATES of America, EX REL., Carl W. DAVIS, Plaintiffs–Appellees,**

v.

**Florent Luc LITALIEN; et al., Defendants,**

**Florent Luc Litalien, Defendant–Appellant.**

**No. 03–20570.**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

Carl W. Davis, pro se, Beeville, TX, for Plaintiff–Appellee.

Florent Luc Litalien, pro se, Huntsville, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Carl Davis, Texas inmate No. 634171, filed a *qui tam* action against Florent Luc

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Litalien, Texas inmate no. 753225, under the False Claims Act (FCA), 31 U.S.C. §§ 3729 et seq. Davis alleged that Litalien had defrauded the Department of Veterans Affairs (VA) by collecting benefits while incarcerated. The district court granted summary judgment for Davis on the liability issue based on the matters admitted pursuant to FED. R. CIV. P. 36(a). The district court determined liability but did not award damages. Because the district court did not determine damages, it could not issue a final judgment pursuant to FED. R. CIV. P. 54(b). *Pemberton v. State Farm Mut. Auto. Ins. Co.*, 996 F.2d 789, 792 (5th Cir.1993). Accordingly, this court lacks jurisdiction to consider the appeal.

APPEAL DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.